**United States Bankruptcy Court**
**for the District of Columbia**

**FILED**

**JAN 3 1** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

Jeanne A. Duvall

              Debtor(s)

Jeanne A. Duvall

              Debtor

    vs.

Kevin Bumbray, et al    Claimants

Case Number:  04-1519

CASE NUMBER  1:07CV00223

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 01/31/2007

**TO:   Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Appeal** in the above-captioned bankruptcy proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|-----|----------|-------|
| 22 | Objection to Claim # 1, Claimant: Kevin Bumbray | Jeanne A. Duvall |
| 24 | Objection to Claim # 2, Claimant: Sharon B. Watts | Jeanne A. Duvall |
| 26 | Opposition | Kevin Bumbray and Sharon Bumbray Watts |
| 36 | Reply | Jeanne A. Duvall |
| 39 | Order Re: Debtor's Objection to Claims (Kevin Bumbray and Sharon Watts Temporarily Denied without Prejudice ) | Court |
| 59 | Order Overruling Objection to Claim. The Claim of Sharon B. Watts is Allowed in Full. | Court |
| 60 | Order Overruling Objection to Claim. The Claim of Kevin Bumbray is Allowed in Full. | Court |

| 63 | Motion to Supplement the Record and to Reconsider | Jeanne A. Duvall |
| 66 | Preliminary Order RE Debtor's Motion to Supplement the Record and To Reconsider, Alter and[/] Or Amend Order. Motion is Denied Except for the Part of the Motion entitled "Amount of the Claim". Ordered that the Court Will Await the Filing of any timely Opposition to that Aspect of the Motion Not Denied by this Order and Any Timely reply by the Debtor To any Such Timely Opposition | Court |
| 70 | Further Order RE Debtor's Motion to Supplement the Record and to Reconsider, Alter and [/] Or Amend Order. Order Granting in part Motion To Reconsider (Related Document #:63) Ordered by August 8,2006, With Respect to Each Issue Upon Which the Court has Granted Reconsideration, the Debtor Shall Submit a Stipulation Regarding the Facts Pertaining to the Issue, Move for Summary Judgment on the Issue, or Request a Hearing to Present Evidence. | Court |
| 76 | Order Directing Jonathan Shurberg to File Interest Calculations and the Debtor Shall File a Response Within 10 Days After Shurberg Files the Interest Calculations | Court |
| 81 | Motion to Allow Claim *Interest Calculation Worksheet* | Kevin Bumbray, Sharon Bumbray Watts |
| 82 | Memorandum Decision | Court |

| 83 | Order Granting in Part, Denying in Part Motion For Reconsideration and Directing Related Relief. Ordered that the Court's Prior Order Overruling Objection to Claim (DE# 59) and Separate Order Overruling Objection to Claim (DE#60) are VACATED. Ordered that the Debtor's Objection to Proof of Claim (DE#22) and Separate Objection to Proof of Claim (DE#24) Are SUSTAINED in Part and OVERRULED in Part. Ordered that Claim No.1 filed by Kevin Bumbray is ALLOWED in the Amount of $39,756.74 and the Balance is DISALLOWED. Ordered that Claim No. 2 filed by Sharon B. Watts is ALLOWED in the Amount of $39,756.74 and that the Balance of the Claim is DISALLOWED. | Court |
| 88 | Notice of Appeal to District Court. | Jeanne A. Duvall |

**Other comments:**

| No Appellee Designations Filed |
| --- |

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
| --- | --- |
| **Jeanne A. Duvall** | **Joseph M. Goldberg**<br>Ammerman and Goldberg<br>1115 Massachusetts Avenue, NW<br>Washington, DC 20005<br>202-638-0606<br>Fax : 202-638-3332<br>Email: ammngoldva@aol.com<br><br>**Paul M. Toulouse**<br>Law Office of Paul M. Toulouse<br>1320 19th Street, N.W.<br>Ste. 202<br>Washington, DC 20036<br>(202) 347-4020<br>Email: PMToulouse@aol.com |

| Appellee/Defendant | Attorney |
|---|---|
| **Kevin Bumbray** | **Jonathan S. Shurberg** |
| **Sharon Bumbray Watts** | 8720 Georgia Ave. |
| | Suite 700 |
| | Silver Spring, MD 20910 |
| | (301) 585-0707 |
| | jsmdlawyer@verizon.net |

For the Clerk,

Dated: 01/30/2007

Deputy Clerk: Renee Jackson

Please return a copy of this transmittal with the following information:

District Court Case Number:
          Judge Assigned:                        *[Affix Label Here]*
             Date Stamp:

**APPEAL**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 04-01519
#### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin
Teel, Jr.
Chapter 7
Voluntary
Asset

*Date Filed:*
10/08/2004
*Date Discharged:*
02/10/2005

**Debtor**
**Jeanne A. Duvall**
2615 Newton Street, NE
Washington, DC 20018
SSN: 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

represented by **Joseph M. Goldberg**
Ammerman and
Goldberg
1115 Massachusetts
Avenue, NW
Washington, DC
20005
202-638-0606
Fax : 202-638-3332
Email:
ammngoldva@aol.com

**Paul M. Toulouse**
Law Office of Paul M.
Toulouse
1320 19th Street, N.W.

Ste. 202
Washington, DC
20036
(202) 347-4020
Email:

PMToulouse@aol.com

*Trustee*
**Kevin R. McCarthy**
McCarthy & White, PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102
703-770-9261

*U.S. Trustee*
**U. S. Trustee for Region Four**
U. S. Trustee's Office
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314
703-557-7183

| Filing Date | # | Docket Text |
|---|---|---|
| 10/08/2004 | ◑1 | Chapter 7 Voluntary Petition. Fee Amount $209 Filed by Jeanne A. Duvall Government Proof of Claim due by 4/6/2005. (mw) (Entered: 10/08/2004) |
| 10/08/2004 | ◑ | First Meeting of Creditors with 341(a) meeting to be held on 11/10/2004 at 01:30 PM at U.S. Trustee's Meeting Room. Objections for Discharge due by 01/09/2005. (mw) (Entered: 10/08/2004) |
| 10/08/2004 | ◑ | U. S. Trustee for Region Four, has been Added as an Interested Party in this Newly Filed Bankruptcy Case. (mw) (Entered: 10/08/2004) |
| 10/08/2004 | 2 | Receipt of Chapter 7 Filing Fee - $209.00 by MW. Receipt Number 00063864. Payment received from |

| | | JOSEPH M. GOLDBERG. (Entered: 10/08/2004) |
|---|---|---|
| 10/08/2004 | ●3 | Notice to Consumer Debtor Filed by Jeanne A. Duvall . (tg) (Entered: 10/13/2004) |
| 10/08/2004 | ●4 | Debtor's Mailing Matrix and Verification Filed by Jeanne A. Duvall . (tg) (Entered: 10/13/2004) |
| 10/08/2004 | ●5 | Schedules A-J Filed by Jeanne A. Duvall . (tg) (Entered: 10/13/2004) |
| 10/08/2004 | ●6 | Statement of Financial Affairs Filed by Jeanne A. Duvall . (tg) (Entered: 10/13/2004) |
| 10/08/2004 | ●7 | Statement of Intent. Filed by Jeanne A. Duvall . (tg) (Entered: 10/13/2004) |
| 10/08/2004 | ●8 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 800.00 Filed by Joseph M. Goldberg. (tg) (Entered: 10/13/2004) |
| 10/08/2004 | | Entry. Statement of Social Security Number Filed. (tg) (Entered: 10/19/2004) |
| 10/13/2004 | ●9 | First Meeting of Creditors Notice Generated and Sent to BNC (tg) (Entered: 10/13/2004) |
| 10/15/2004 | ●10 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:9 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 20. Service Date 10/15/2004. (Admin.) (Entered: 10/16/2004) |
| 11/29/2004 | ● | Trustee Request for Asset Notice. The Clerk will please send a notice to all creditors and parties in interest stating that there may be assets available for distribution and requiring that Proofs of Claim be filed in this case. Filed by Kevin R. McCarthy |

| | | (McCarthy, Kevin) (Entered: 11/29/2004) |
|---|---|---|
| 11/30/2004 | ●11 | Application to Employ Kevin R. McCarthy, and McCarthy & White, PLLC as Attorneys for the Trustee Filed by Kevin R. McCarthy (Attachments: # 1 Proposed Order) (xMcCarthy2, Kevin) (Entered: 11/30/2004) |
| 12/02/2004 | ●12 | Notice of Possible Dividends (Re: Related Document(s) #: Notice of Possible Dividend - Asset Designation, ) (tg) (Entered: 12/02/2004) |
| 12/04/2004 | ●13 | BNC Certificate of Mailing - Notice. (Re: Related Document(s) #:12 Notice of Possible Dividends) No. of Notices: 24. Service Date 12/04/2004. (Admin.) (Entered: 12/05/2004) |
| 12/06/2004 | ●14 | Response Filed by Jeanne A. Duvall (Re: Related Document(s) #:11 Application to Employ.) (Goldberg, Joseph) (Entered: 12/06/2004) |
| 12/09/2004 | ●15 | BNC Certificate of Service - Notice of Possible Dividends. (Re: Related Document(s) #:12 Notice of Possible Dividends) Proofs of Claim due by 3/2/2005. (tg) (Entered: 12/09/2004) |
| 01/06/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:14 Response, 11 Application to Employ) (tg) (Entered: 01/06/2005) |
| 01/12/2005 | ●16 | Order Granting Application to Employ Kevin McCarthy and his firm, McCarthy & White, PLLC (Related Document #: 11) Entered on 1/12/2005. (tg) (Entered: 01/12/2005) |
| 01/14/2005 | ●17 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:16 Order on Application to Employ) No. of Notices: 3. Service Date |

| | | 01/14/2005. (Admin.) (Entered: 01/15/2005) |
|---|---|---|
| 02/10/2005 | 18 | Order Discharging Debtor (Related Document(s) #: First Meeting of Creditors (Chapter 7).) Order entered on 2/10/2005. (tg) (Entered: 02/10/2005) |
| 02/12/2005 | 19 | BNC Certificate of Mailing - Order of Discharge. (Re: Related Document(s) #:18 Order Discharging Debtor) No. of Notices: 24. Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 05/03/2005 | 20 | 498 (Other Action): Complaint by Kevin McCarthy against William V. Duvall. Fee Amount $150 (Attachments: # 1 Adversary Proceeding Coversheet# 2 Exhibits A-C# 3 Exhibit D# 4 Exhibit E) (xMcCarthy2, Kevin) (Entered: 05/03/2005) |
| 05/03/2005 | 21 | Praecipe Requesting Deferral of Filing Fee in an Adversary Proceeding. Filed by Kevin R. McCarthy . (Re: Related Document(s) #:20 Complaint, AP No. 05-10018) (tg) (Entered: 05/06/2005) |
| 06/09/2005 | 22 | Objection to Claim # 1, Claimant: Kevin Bumbray. Filed by Jeanne A. Duvall (Attachments: # 1 Exhibit Order# 2 Exhibit Petition for Rehearing# 3 Proposed Order) (Goldberg, Joseph) (Entered: 06/09/2005) |
| 06/09/2005 | 23 | Notice of Opportunity to Object Filed by Jeanne A. Duvall. (Re: Related Document(s) #:22 Objection to Claim.) Objections due by 7/11/2005 for 22,. (Goldberg, Joseph) (Entered: 06/09/2005) |
| 06/09/2005 | 24 | Objection to Claim # 2, Claimant: Sharon B. Watts. Filed by Jeanne A. Duvall (Attachments: # 1 Exhibit Order# 2 Exhibit Petition for Rehearing# 3 |

| | | Proposed Order) (Goldberg, Joseph) (Entered: 06/09/2005) |
|---|---|---|
| 06/09/2005 | ●25 | Notice of Opportunity to Object Filed by Jeanne A. Duvall. (Re: Related Document(s) #:24 Objection to Claim.) Objections due by 7/11/2005 for 24,. (Goldberg, Joseph) (Entered: 06/09/2005) |
| 06/10/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER REFERS TO CLAIM NO. 2 AND TO THE WRONG CREDITOR. PLEASE UPLOAD THE CORRECT PROPOSED ORDER. (Re: Related Document(s) #:22 Objection to Claim) YOU HAVE UNTIL 6/13/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 06/10/2005) |
| 06/22/2005 | | Deadlines Terminated. A revised proposed order was uploaded in compliance with a deficiency notice. (tg) (Entered: 06/22/2005) |
| 07/07/2005 | ●26 | Opposition Filed by Kevin Bumbray and Sharon Bumbray Watts (Re: Related Documents #:22 and 24 Objections to Claims)(Attachments: #(1) Exhibit and #(2) Exhibit) (ls) (Entered: 07/11/2005) |
| 07/07/2005 | ●27 | Motion for Leave to file paper documents Filed by Kevin Bumbray and Sharon Bumbray Watts (Re: Related Document(s) #:26 Opposition.) (ls) (Entered: 07/11/2005) |
| 07/12/2005 | ●28 | Notice to Party Filing Deficient Pleading (Re: Related Document #:27 Motion for Leave); Deficiency Correction due by 7/19/2005; No |

| | | proposed order filed. (ls) (Entered: 07/12/2005) |
|---|---|---|
| 07/14/2005 | ⏺29 | Hearing Scheduled (Re: Related Document(s) #:22 Objection to Claim #1 of Kevin Bumbray filed by Jeanne A. Duvall) Hearing scheduled for 8/23/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 07/14/2005) |
| 07/14/2005 | ⏺30 | Hearing Scheduled (Re: Related Document(s) #:24 Objection to Claim #2 of Sharon B. Watts Filed by Jeanne A. Duvall) Hearing scheduled for 8/23/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 07/14/2005) |
| 07/16/2005 | ⏺31 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:29 Hearing Scheduled) No. of Notices: 2. Service Date 07/16/2005. (Admin.) (Entered: 07/17/2005) |
| 07/16/2005 | ⏺32 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:30 Hearing Scheduled) No. of Notices: 4. Service Date 07/16/2005. (Admin.) (Entered: 07/17/2005) |
| 08/01/2005 | ⏺33 | PROPOSED ORDER. Filed by Kevin Bumbray , Sharon Bumbray Watts . (Re: Related Document(s) #:27 Motion for Leave.) (ls) (Entered: 08/04/2005) |
| 08/04/2005 | | Deadlines Terminated RE: DE#27; order filed (ls) (Entered: 08/04/2005) |
| 08/05/2005 | ⏺34 | Order Granting Motion for Leave to File Paper Opposition (Related Document #: 27) Entered on 8/5/2005. (ls) (Entered: 08/05/2005) |
| 08/07/2005 | ⏺35 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:34 Order on Motion for Leave) No. of Notices: 1. Service Date 08/07/2005. |

| | | (Admin.) (Entered: 08/08/2005) |
|---|---|---|
| 08/15/2005 | ⊙36 | Reply Filed by Jeanne A. Duvall (Re: Related Document(s) #:26 Opposition.) (Goldberg, Joseph) (Entered: 08/15/2005) |
| 08/16/2005 | ⊙ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PLEADING FILED CONTAINS AN INCORRECT LINKAGE/ASSOCIATION TO AN EXISTING PLEADING. LINKING THE REPLY TO THE RESPONDENT'S OBJECTION IS NOT ENOUGH; THE REPLY SHOULD ALSO BE LINKED TO THE MAIN DOCUMENTS, WHICH ARE THE MOVANT'S OBJECTIONS TO CLAIMS. PLEASE REFILE THE PLEADING CREATING THE PROPER LINKAGE/ASSOCIATION. (Re: Related Document(s) #:36 Reply) YOU HAVE UNTIL 8/19/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 08/16/2005) |
| 08/16/2005 | ⊙37 | Reply *also relates to the Oppostion to the Objection, Entry #26* Filed by Jeanne A. Duvall (Re: Related Document(s) #:22 Objection to Claim, 24 Objection to Claim and 26 Opposition filed by Kevin Bumbray and Sharon Bumbray Watts) (Goldberg, Joseph) Modified on 8/17/2005 (pm). (Entered: 08/16/2005) |
| 08/17/2005 | | Deadlines Terminated. Deficiency re linkage has been cured by debtor and corrected further by court. (tg) (Entered: 08/17/2005) |
| 08/23/2005 | ⊙38 | Hearing Continued (Re: Related Document(s) #:24 |

|  |  |  |
|---|---|---|
|  |  | Objection to Claim #2 of Sharon B Watts, and 22 Objection to Claim #1 of Kevin Bumbray Filed by Jeanne A. Duvall) Hearing scheduled for 11/22/2005 at 10:30 AM Courtroom 24. (sm) (Entered: 08/25/2005) |
| 08/26/2005 | 39 | Order Re: Debtor's Objection to Claims (Kevin Bumbray and Sharon Watts Temporarily Denied without Prejudice ) Related Documents #:22 Objection to Claim and 24 Objection to Claim); Order entered on 8/26/2005. (ls) (Entered: 08/26/2005) |
| 08/26/2005 | 40 | Order Continuing Hearing (Re: Related Documents #:24 Objection to Claim and 22 Objection to Claim); Hearing scheduled for 11/22/2005 at 10:30 AM Courtroom 24 . (ls) (Entered: 08/26/2005) |
| 08/28/2005 | 41 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:39 Order) No. of Notices: 1. Service Date 08/28/2005. (Admin.) (Entered: 08/29/2005) |
| 11/18/2005 | • | Hearing Continued (Re: Related Document(s) #:24 Objection to Claim, 22 Objection to Claim) Hearing scheduled for 12/7/2005 at 2:00 PM Courtroom 2 (Myers, Sally) (Entered: 11/18/2005) |
| 12/07/2005 | 42 | Hearing Continued (Re: Related Document(s) #:24 Objection to Claim #2 of Sharon B Watts Filed by Jeanne A. Duvall, 22 Objection to Claim #1 of Kevin Bumbray Filed by Jeanne A. Duvall) Hearing scheduled for 3/14/2006 at 10:30 AM Courtroom 2 (Myers, Sally) (Entered: 12/09/2005) |
| 02/28/2006 | 43 | Notice of Change of Address *for Paul M. Toulouse, co-counsel for debtor(s) on objection to claims* |

| | | Filed by Jeanne A. Duvall. (Goldberg, Joseph) (Entered: 02/28/2006) |
|---|---|---|
| 03/14/2006 | ●44 | Hearing Continued (Re: Related Document(s) #:24 Objection to Claim of Sharon B. Watts 22 Objection to Claim of Kevin Bumbray) Hearing scheduled for 3/20/2006 at 10:30 AM Courtroom 2. (Myers, Sally) (Entered: 03/14/2006) |
| 03/20/2006 | ●45 | Hearing Continued (Re: Related Document(s) #:24 Objection to Claim#2 of Sharon B. Watts and 22 Objection to Claim #1 of Kevin Bumbray) Hearing scheduled for 4/27/2006 at 10:30 AM Courtroom 2. (Myers, Sally) (Entered: 03/20/2006) |
| 04/27/2006 | ●46 | Motion to Continue Hearing Date Filed by Kevin Bumbray , Sharon Bumbray Watts (Re: Related Document(s) #:22 Objection to Claim, 24 Objection to Claim)(Attachments: # 1 Proposed Order) (Jackson, Renee) (Entered: 04/27/2006) |
| 04/27/2006 | ●48 | Hearing Continued (Re: Related Document(s) #:24 Objection to Claim of Sharon B. Watts Filed by Jeanne A. Duvall, 22 Objection to Claim of Kevin Bumbray Filed by Jeanne A. Duvall) Hearing scheduled for 5/25/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 04/28/2006) |
| 04/28/2006 | ●47 | Order To Show Cause Regarding Paul M. Toulouse. (Related Document(s) #:43 Notice of Change of Address, 36 Reply, 37 Reply, .) Order entered on 4/28/2006. Paul M. Toulouse's Response due by 5/12/2006 for 43 and for 36 and for 37. (Jackson, Renee) (Entered: 04/28/2006) |
| 04/28/2006 | ●49 | Order Directing Compliance. (1) Claimants Sharon B. Watts and Kevin Bumbray Pay Reasonable |

| | | |
|---|---|---|
| | | Attorneys' Fees And Costs Incurred By Joseph M. Goldberg In Preparation For The Hearing Scheduled For April 27, 2006, That Will Require Duplication For The Continued Hearing (2) Joseph M. Goldberg Must File An Affidavit Of Fees And Costs Incurred In Preparation For The Hearing Scheduled For April 27, 2006, That Will Require Duplication For The Continued Hearing and (3) Claimants Sharon B. Watts and Kevin Bumbray Must File Their Objections, If Any, Within 14 Days Of The Filing Of The Affidavit (Related Document (s) #:46 Motion to Continue/Reschedule Hearing.) Order entered on 4/28/2006. Deadline For Mr. Goldberg To File His Affidavit Of Fees And Costs due 5/12/2006. (Jackson, Renee) (Entered: 04/28/2006) |
| 04/30/2006 | ●50 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:47 Order to Show Cause, ) No. of Notices: 1. Service Date 04/30/2006. (Admin.) (Entered: 05/01/2006) |
| 04/30/2006 | ●51 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:49 Order Directing Compliance, , , ) No. of Notices: 1. Service Date 04/30/2006. (Admin.) (Entered: 05/01/2006) |
| 05/03/2006 | ●52 | Affidavit Re: Filed by Jeanne A. Duvall. (Re: Related Document(s) #:49 Order Directing Compliance,,,.) (Goldberg, Joseph) (Entered: 05/03/2006) |
| 05/18/2006 | ●53 | Motion for Leave To Late File Response To Order To Show Cause And For Leave To Paper File This Motion And The Response Filed by Jeanne A. Duvall (Re: Related Document(s) #:47 Order to Show Cause, .) (Attachments: # 1 Proposed Order) |

| | | |
|---|---|---|
| | | (Jackson, Renee) (Entered: 05/18/2006) |
| 05/18/2006 | ●54 | Response To Order To Show Cause Filed by Jeanne A. Duvall (Re: Related Document(s) #:47 Order to Show Cause, .) (Jackson, Renee) (Entered: 05/18/2006) |
| 05/18/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:53 Motion for Leave 54 Response) (Jackson, Renee) (Entered: 05/18/2006) |
| 05/19/2006 | ●55 | Order Discharging Order to Show Cause (Related Document(s) #:47 Order to Show Cause.) Order entered on 5/19/2006. (Myers, Sally) (Entered: 05/19/2006) |
| 05/19/2006 | ●56 | Order Awarding Attorney's Fee. Order That Sharon B. Watts and Kevin Bumbray Pay $375.00 to Mr. Goldberg Within 14 Days of the Entry of this Order (Related Document(s) #:49 Order Directing Compliance.) Order entered on 5/19/2006. List of compliance due 6/2/2006. (Myers, Sally) (Entered: 05/19/2006) |
| 05/21/2006 | ●57 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:55 Order Discharging Order to Show Cause) No. of Notices: 2. Service Date 05/21/2006. (Admin.) (Entered: 05/22/2006) |
| 05/25/2006 | ●58 | Hearing Held (Re: Related Document(s) #:24 Objection to Claim of Sharon Watts Filed by Jeanne A. Duvall 22 Objection to Claim of Kevin bumbray filed by Jeanne A. Duvall) Claims Allowed (Myers, Sally) Additional attachment(s) added on 5/31/2006 (Myers, Sally). (Entered: 05/26/2006) |
| 05/31/2006 | ●59 | Order Overruling Objection to Claim. The Claim of Sharon B. Watts is Allowed in Full. (Related |

| | | |
|---|---|---|
| | | Document #: 24) Entered on 5/31/2006. (Myers, Sally) (Entered: 05/31/2006) |
| 05/31/2006 | ◉60 | Order Overruling Objection to Claim. The Claim of Kevin Bumbray is Allowed in Full. (Related Document #: 22) Entered on 5/31/2006. (Myers, Sally) (Entered: 05/31/2006) |
| 06/02/2006 | ◉61 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:59 Order on Objection to Claim) No. of Notices: 1. Service Date 06/02/2006. (Admin.) (Entered: 06/03/2006) |
| 06/02/2006 | ◉62 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:60 Order on Objection to Claim) No. of Notices: 1. Service Date 06/02/2006. (Admin.) (Entered: 06/03/2006) |
| 06/12/2006 | ◉63 | Motion to Supplement the Record and to Reconsider Filed by Jeanne A. Duvall (Re: Related Document(s) #:59 Order on Objection to Claim, 60 Order on Objection to Claim.) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Supp Ex 1# 8 Supp Ex 2# 9 Supp Ex 3# 10 Supp Ex 4# 11 Supp Ex 5# 12 Supp Ex 6# 13 Supp Ex 7# 14 Supp Ex 8# 15 Supp Ex 9# 16 Supp Ex 10# 17 Sup Ex 11# 18 Claimants Ex 7) (Meador, Patti) (Entered: 06/13/2006) |
| 06/12/2006 | ◉64 | Notice of Opportunity to Object Filed by Paul M. Toulouse on behalf of Jeanne A. Duvall . (Re: Related Document(s) #:63 Motion to Reconsider, , .) Objections due by 6/23/2006. (Meador, Patti) (Entered: 06/13/2006) |
| 06/12/2006 | ◉65 | Motion for Leave to File Paper Filed by Jeanne A. Duvall (Re: Related Document(s) #:63 Motion to |

| | | |
|---|---|---|
| | | Reconsider, , .) (Attachments: # 1 Proposed Order) (Meador, Patti) (Entered: 06/13/2006) |
| 06/19/2006 | 66 | Preliminary Order RE Debtor's Motion to Supplement the Record and To Reconsider, Alter and[/] Or Amend Order. Motion is Denied Except for the Part of the Motion entitled "Amount of the Claim". Ordered that the Court Will Await the Filing of any timely Opposition to that Aspect of the Motion Not Denied by this Order and Any Timely reply by the Debtor To any Such Timely Opposition (Related Document #: 63) Entered on 6/19/2006. (Myers, Sally) (Entered: 06/19/2006) |
| 06/19/2006 | 67 | Order Granting Motion for Leave to Paper File Debtor's Moption to Supplement the Record and To Reconsider, Alter and or Amend Order(Related Document #: 65) Entered on 6/19/2006. (Myers, Sally) (Entered: 06/19/2006) |
| 06/21/2006 | 68 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:66 Order on Motion To Reconsider, ) No. of Notices: 3. Service Date 06/21/2006. (Admin.) (Entered: 06/22/2006) |
| 06/21/2006 | 69 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:67 Order on Motion for Leave) No. of Notices: 1. Service Date 06/21/2006. (Admin.) (Entered: 06/22/2006) |
| 07/24/2006 | 70 | Further Order RE Debtor's Motion to Supplement the Record and to Reconsider, Alter and [/] Or Amend Order. Order Granting in part Motion To Reconsider (Related Document #: 63) Ordered by August 8,2006, With Respect to Each Issue Upon Which the Court has Granted Reconsideration, the Debtor Shall Submit a Stipulation Regarding the |

| | | |
|---|---|---|
| | | Facts Pertaining to the Issue, Move for Summary Judgment on the Issue, or Request a Hearing to Present Evidence. Entered on 7/24/2006. (Myers, Sally) (Entered: 07/24/2006) |
| 07/26/2006 | ❂71 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:70 Order on Motion To Reconsider, ) No. of Notices: 2. Service Date 07/26/2006. (Admin.) (Entered: 07/27/2006) |
| 08/08/2006 | ❂72 | Request for Hearing Date Filed by Jeanne A. Duvall. (Re: Related Document(s) #:70 Order on Motion To Reconsider,.) (Goldberg, Joseph) (Entered: 08/08/2006) |
| 08/10/2006 | | Reopen Document (Re: Related Document(s) #:63 Motion to Reconsider ) Motion reopened to permit evidentiary hearing as a supplement required by order (Myers, Sally) (Entered: 08/10/2006) |
| 08/10/2006 | ❂73 | Hearing Scheduled to Present Evidence Regarding the Receipt or Non Receipt of Funds and the Date of Their Receipt in Response to Order Partially Granting Motion for Reconsideration.(Re: Related Document(s) #:63 Motion to Reconsider ) Hearing scheduled for 10/13/2006 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 08/10/2006) |
| 08/12/2006 | ❂74 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:73 Hearing Scheduled, ) No. of Notices: 3. Service Date 08/12/2006. (Admin.) (Entered: 08/13/2006) |
| 10/12/2006 | ❂ | Hearing Continued at the Request of the Court (Re: Related Document(s) #:63 Motion to Supplement and to Reconsider Filed by Jeanne Duvall ) Hearing scheduled for 10/19/2006 at 10:30 AM Courtroom |

| | | 1. (Myers, Sally) (Entered: 10/12/2006) |
|---|---|---|
| 10/19/2006 | ○75 | Hearing Held (Re: Related Document(s) #:63 Motion to Reconsider and to Present Evidence Regarding the Receipt or Non Receipt of Funds and the Date of Their Receipt in Response to Order Partially Granting Motion for Reconsideration ) (Myers, Sally) (Entered: 10/23/2006) |
| 11/08/2006 | ○76 | Order Directing Jonathan Shurberg to File Interest Calculations and the Debtor Shall File a Response Within 10 Days After Shurberg Files the Interest Calculations (Related Document(s) #:70 Order on Motion To Reconsider.) Order entered on 11/8/2006. List of compliance due 11/20/2006. (Myers, Sally) (Entered: 11/08/2006) |
| 11/10/2006 | ○77 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:76 Order Directing Compliance, ) No. of Notices: 3. Service Date 11/10/2006. (Admin.) (Entered: 11/11/2006) |
| 11/15/2006 | ○78 | Motion To Show Cause Re: Filed by Jeanne A. Duvall (Re: Related Document(s) #:56 Order Directing Compliance,.) (Attachments: # 1 Proposed Order) (Goldberg, Joseph) (Entered: 11/15/2006) |
| 11/15/2006 | ○79 | Notice of Opportunity to Object Filed by Joseph M. Goldberg on behalf of Jeanne A. Duvall. (Re: Related Document(s) #:78 Motion To Show Cause.) Objections due by 11/27/2006. (Goldberg, Joseph) (Entered: 11/15/2006) |
| 11/15/2006 | ○80 | Exhibit Filed by Jeanne A. Duvall. (Re: Related Document(s) #:78 Motion To Show Cause.) (Attachments: # 1 Exhibit August 8, 2006 letter# 2 |

| | | Exhibit October 26, 2006 fax)(Goldberg, Joseph) (Entered: 11/15/2006) |
|---|---|---|
| 11/21/2006 | ●81 | Motion to Allow Claim *Interest Calculation Worksheet* Filed by Kevin Bumbray, Sharon Bumbray Watts (Shurberg, Jonathan) (Entered: 11/21/2006) |
| 11/30/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:81 Motion to Allow Claims) (Jackson, Renee) (Entered: 11/30/2006) |
| 12/07/2006 | ●82 | Memorandum Decision (Related Document(s) #:63 Motion to Reconsider.) Order entered on 12/7/2006. (Myers, Sally) (Entered: 12/07/2006) |
| 12/07/2006 | ●83 | Order Granting in Part, Denying in Part Motion For Reconsideration and Directing Related Relief. Ordered that the Court's Prior Order Overruling Objection to Claim (DE# 59) and Separate Order Overruling Objection to Claim (DE#60) are VACATED. Ordered that the Debtor's Objection to Proof of Claim (DE#22) and Separate Objection to Proof of Claim (DE#24) Are SUSTAINED in Part and OVERRULED in Part. Ordered that Claim No.1 filed by Kevin Bumbray is ALLOWED in the Amount of $39,756.74 and the Balance is DISALLOWED. Ordered that Claim No. 2 filed by Sharon B. Watts is ALLOWED in the Amount of $39,756.74 and that the Balance of the Claim is DISALLOWED. (Related Document #: 63) Entered on 12/7/2006. (Myers, Sally) (Entered: 12/07/2006) |
| 12/09/2006 | ●84 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:82 Memorandum Decision) No. of Notices: 2. Service Date 12/09/2006. (Admin.) (Entered: 12/10/2006) |

| 12/09/2006 | ●85 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:83 Order on Motion To Reconsider, , ) No. of Notices: 2. Service Date 12/09/2006. (Admin.) (Entered: 12/10/2006) |
|---|---|---|
| 12/11/2006 | ●86 | Application to Compromise with William V. Duvall Filed by Kevin R. McCarthy (Attachments: # 1 Proposed Order) (McCarthy, Kevin) (Entered: 12/11/2006) |
| 12/11/2006 | ●87 | Notice of Opportunity to Object Filed by Kevin R. McCarthy on behalf of Kevin R. McCarthy. (Re: Related Document(s) #:86 Application to Compromise.) Objections due by 1/1/2007 for 86,. (Attachments: # 1 Matrix) (McCarthy, Kevin) (Entered: 12/11/2006) |
| 12/18/2006 | ●88 | Notice of Appeal to District Court. . Fee Amount $255 Filed by Jeanne A. Duvall (Re: Related Document(s) #:59 Order on Objection to Claim, 76 Order Directing Compliance,, 83 Order on Motion To Reconsider,,, 66 Order on Motion To Reconsider,, 60 Order on Objection to Claim, 82 Memorandum Decision.) Appellant Designation due by 12/28/2006. (Toulouse, Paul) (Entered: 12/18/2006) |
| 12/18/2006 | 89 | Receipt of Notice of Appeal(04-01519) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number468556. Fee Amount 255.00 (U.S. Treasury) (Entered: 12/18/2006) |
| 12/28/2006 | ●90 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Jeanne A. Duvall (Re: Related Document(s) #:88 Notice of Appeal,.) Appellee designation due by 1/7/2007 for 88,. Transmission of Designation Due by 1/27/2007 for |

| | | |
|---|---|---|
| | | 88,. (Toulouse, Paul) (Entered: 12/28/2006) |
| 01/08/2007 | ●91 | Order Granting Application to Compromise (Related Document #: 86) Entered on 1/8/2007. (Myers, Sally) (Entered: 01/08/2007) |
| 01/09/2007 | ●92 | Memorandum Decision RE Debtor's Motion to Show Cause and Request for Sanctions for Failure to Comply with May 19,2006 Order to Pay Attorney's Fees.(Related Document(s) #:78 Motion To Show Cause.) Order entered on 1/9/2007. (Myers, Sally) (Entered: 01/09/2007) |
| 01/09/2007 | ●93 | Order RE Debtor's Motion To Show Cause and Request for Sanctions for Failure to Comply with May 19,2006 Order to Pay Attorney's Fees. Ordered that the Order of 5/19/06 is Treated as a Monetary Judgment for the Recovery by the Debtor of $375.00 with Interest form the Date of 5/19/06. Ordered that the Debtor Recover an Additional $500.00 together with Interest from the Date of Entry of this Order. Motion is Otherwise Denied With Leave to File a Motion for an Award of Any Future Attorney's Fees and Expenses Incurred in Pursuing Collection of the $875.00 in Fees Incurred to Date. Ordered that this Order is Stayed for 10 Days from its Date of Entry to Permit Ms. Watts and Mr. Bumbray the Opportunity to Pay the $875.00 to Avoid the Debtor's Incurring Additonal Fees in Pursuit of Collection of that $875.00.SEE ORDER FOR FURTHER DETAILS(Related Document #: 78) Entered on 1/9/2007. (Re: Related Document(s) #:78 Motion To Show Cause.) (Myers, Sally) (Entered: 01/09/2007) |
| 01/10/2007 | ●94 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:91 Order on Application to |

| | | Compromise) No. of Notices: 2. Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
|---|---|---|
| 01/11/2007 | ❱95 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:92 Memorandum Decision, ) No. of Notices: 5. Service Date 01/11/2007. (Admin.) (Entered: 01/12/2007) |
| 01/11/2007 | ❱96 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:93 Order on Motion to Show Cause, , , , ) No. of Notices: 5. Service Date 01/11/2007. (Admin.) (Entered: 01/12/2007) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: _Renee J. Jackson_

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**

IN RE JEANNE A. DuVALL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

CASE NUMBER  1:07CV00223

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 01/31/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZEN** ... 
FOR PLAINTIFF ... ONE BOX
... SES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus* 2255 | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊗ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*BANKRUPTCY APPEAL 11: 8001*

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS  ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $**  Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ⊗ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

**DATE** *1.31.07*  **SIGNATURE OF ATTORNEY OF RECORD** *NCD*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd