UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEANNE A. DUVALL

      Appellant

v                                                       Civil Action No. 07-0223
                                                          Judge Roberts

KEVIN BUMBRAY, et. al.

      Appellees

**CONSENT MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF**

    Comes now debtor and appellant herein, Jeanne A. Duvall, by counsel and moves, with the consent of the appelles to enlarge the time to file appellant's brief, as follows:

    1.    The appeal herein was entered on January 31, 2007.

    2.    Appellant's brief is due on or before February 15, 2007.

    3.    Appellant's Designation of the Record on Appeal included the transcripts of hearings in this matter on August 23, 2005, March 14, 2006 and May 25, 2006.

    4.    The transcripts have been ordered but are not completed.

    5.    Moreover, the debtor is involved in settlement negotiations with the claimants, Kevin Bumbray and Sharon Bumbray regarding a resolution of this matter.

    6.    Appellant, by counsel has sought and been given the consent of the appellees, by counsel to this motion..

WHEREFORE, appellant respectfully requests:

An extension of time until March 15, 2007 to file appellant's brief on appeal.

Dated: 2/14/07

>Respectfully submitted,
>
>/s/ Paul M. Toulouse
>Paul M. Toulouse (205526)
>Attorney for Debtor
>1320 19th Street, NW Suite 202
>Washington, DC 20036
>(202) 347-4020
>
>/s/ Joseph M. Goldberg
>Joseph M. Goldberg (337766)
>Attorney for Debtor
>1115 Massachusetts Ave., NW
>Washington, DC 20005
>(202) 638-0606

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEANNE A. DUVALL

    Appellant

v                                                  Civil Action No. 07-0223
                                                     Judge Roberts

KEVIN BUMBRAY, et. al.

    Appellees

## POINTS AND AUTHORITIES

The record reflects that the appeal in this matter was docketed on January 31, 2007. Rule 8009 of the Bankruptcy Rules of Procedure ("BRCP") states that the appellant's brief shall be filed within fifteen (15) days after entry of the appeal, which in this case would be February 15, 2007. Rule 9006 of the BRFP and Rule 6 (d )of the Federal Rules of Civil Procedure permit the filing of a motion to enlarge that time.

                                  Respectfully submitted,

                                  /s/ Paul M. Toulouse
                                  Paul M. Toulouse (205526)
                                  Attorney for Debtor
                                  1320 19th Street, NW Suite 202
                                  Washington, DC 20036
                                  (202) 347-4020

                                  /s/ Joseph M. Goldberg
                                  Joseph M. Goldberg (337766)
                                  Attorney for Debtor
                                  1115 Massachusetts Ave., NW
                                  Washington, DC 20005
                                  (202) 638-0606

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing debtor's motion to enlarge time to file appellant's brief was mailed first class mail, postage prepaid or by ECF this 14th day of February, 2007 to:

Jonathan S. Shurburg, Esq.
8720 Georgia Ave., Suite 700
Silver Spring, MD 20910

                                      /s/ Paul M. Toulouse
                                      Paul M. Toulouse