UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEANNE A. DUVALL

    Appellant

v                                                Civil Action No. 07-0223
                                                  Judge Richard W. Roberts

KEVIN BUMBRAY, et. al.

    Appellees

**CONSENT MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF**

    Comes now debtor and appellant herein, Jeanne A. Duvall, by counsel and moves, with the consent of the appelles to enlarge the time to file appellant's brief, as follows:

    1.    The appeal herein was entered on January 31, 2007.

    2.    Appellant's brief was originally due on or before February 15, 2007.

    3.    On February 15, 2007 the appellant filed a consent motion to enlarge time to file appellant's brief until March 15, 2007.

    4.    The motion was granted by order dated March 13, 2007.

    5.    On March 15, 2007 the appellant filed a consent motion to enlarge time to file appellant's brief until April 15, 2007.

    6.    The motion was granted by order dated March 27, 2007.

    7.    Appellant's Designation of the Record on Appeal included  the transcripts of hearings in this matter on August 23, 2005, March 14, 2006 and May 25, 2006.

    8.    Due to a backlog of transcript orders from the U.S. Bankruptcy Court, the

transcripts were not delivered to appellant's counsel until March of 2007 and appellant needs additional time to prepare her brief.

9. Moreover, the debtor continues to be involved in settlement negotiations with the claimants, Kevin Bumbray and Sharon Bumbray regarding a resolution of this matter.

10. Unfortunately, the settlement negotiations involve applications for mortgage refinancing in a dwindling sub prime mortgage market.

11. Appellant, by counsel has sought and been given the consent of the appellees, by counsel to this motion.

WHEREFORE, appellant respectfully requests:

An extension of time until May 15, 2007 to file appellant's brief on appeal.

Dated: 4/13/07

Respectfully submitted,

/s/ Paul M. Toulouse
Paul M. Toulouse (205526)
Attorney for Debtor
1320 19th Street, NW Suite 202
Washington, DC 20036
(202) 347-4020

/s/ Joseph M. Goldberg
Joseph M. Goldberg (337766)
Attorney for Debtor
1115 Massachusetts Ave., NW
Washington, DC 20005
(202) 638-0606

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEANNE A. DUVALL

    Appellant

v                                                                  Civil Action No. 07-0223
                                                                     Judge Roberts

KEVIN BUMBRAY, et. al.

    Appellees

**POINTS AND AUTHORITIES**

1. The record reflects that the appeal in this matter was docketed on January 31, 2007.

2. Rule 8009 of the Bankruptcy Rules of Procedure ("BRCP") states that the appellant's brief shall be filed within fifteen (15) days after entry of the appeal, which in this case would have been February 15, 2007.

3. On March 13, 2007 this Court granted the appellant's consent motion to enlarge the time to file appellant's brief until March 15, 2007.

4. On March 27, 2007 this Court granted the appellant's consent motion to enlarge the time to file appellant's brief until April 15, 2007.

5. Rule 9006 of the BRFP and Rule 6 (d) of the Federal Rules of Civil Procedure permit the filing of a motion to enlarge that time.

        Respectfully submitted,

/s/ Paul M. Toulouse
Paul M. Toulouse (205526)
Attorney for Debtor
1320 19th Street, NW  Suite 202
Washington, DC 20036
(202) 347-4020

/s/ Joseph M. Goldberg
Joseph M. Goldberg (337766)
Attorney for Debtor
1115 Massachusetts Ave., NW
Washington, DC 20005
(202) 638-0606

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing debtor's motion to enlarge time to file appellant's brief was mailed first class mail, postage prepaid or by ECF this 13th day of April, 2007 to:

Jonathan S. Shurburg, Esq.
8720 Georgia Ave., Suite 700
Silver Spring, MD 20910

/s/ Paul M. Toulouse
Paul M. Toulouse