**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEANNE A. DUVALL

      Appellant

v                                                  Civil Action No. 07-0223
                                                   Judge Richard W. Roberts

KEVIN BUMBRAY, et. al.

      Appellees

**MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF**

Comes now debtor and appellant herein, Jeanne A. Duvall, by counsel and moves to enlarge the time to file appellant's brief, as follows:

1.      The appeal herein was entered on January 31, 2007.

2.      Appellant's brief was originally due on or before February 15, 2007.

3.      On February 15, 2007 the appellant filed a consent motion to enlarge time to file appellant's brief until March 15, 2007.

4.      The motion was granted by order dated March 13, 2007.

5.      On March 15, 2007 the appellant filed a consent motion to enlarge time to file appellant's brief until April 15, 2007.

6.      The motion was granted by order dated March 27, 2007.

7.      On April 13, 2007 the appellant filed a consent motion to enlarge time to file appellant's brief until May 15, 2007.

8.      The motion was granted by order dated April 17, 2007.

9.     The debtor continues to explore mortgage financing alternatives which are a prerequisite to settlement negotiations with the claimants, Kevin Bumbray and Sharon Bumbray regarding a resolution of this matter.

10.    Unfortunately, despite diligent effort, appellant's efforts to obtain sufficient mortgage refinancing in a dwindling and ever changing sub prime mortgage market have proven unsuccessful to date.  Her efforts in that regard continue.  The mortgage broker with whom appellant is presently working has suggested that in this market another sixty days is necessary to fully explore financing opportunities which may arise during that time.

11.    Appellant, by counsel communicated with appellees' counsel concerning their consent to this motion, but he was unable to take a position upon the consent because he was unable to communicate with appellees prior to the time required by appellant to file this motion. on May 15, 2007.

WHEREFORE, appellant respectfully requests:

An extension of time until July 15, 2007 to file appellant's brief on appeal.


Dated:  5/15/07



                                        Respectfully submitted,

                                        /s/ Paul M. Toulouse      
                                        Paul M. Toulouse (205526)
                                        Attorney for Debtor
                                        1320 19th Street, NW  Suite 202
                                        Washington, DC 20036
                                        (202) 347-4020

/s/ Joseph M. Goldberg
Joseph M. Goldberg (337766)
Attorney for Debtor
1115 Massachusetts Ave., NW
Washington, DC 20005
(202) 638-0606

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEANNE A. DUVALL

    Appellant

v                                                        Civil Action No. 07-0223
                                                         Judge Roberts

KEVIN BUMBRAY, et. al.

    Appellees

## POINTS AND AUTHORITIES

1. The record reflects that the appeal in this matter was docketed on January 31, 2007.

2. Rule 8009 of the Bankruptcy Rules of Procedure ("BRCP") states that the appellant's brief shall be filed within fifteen (15) days after entry of the appeal, which in this case would have been February 15, 2007.

3. On March 13, 2007 this Court granted the appellant's consent motion to enlarge the time to file appellant's brief until March 15, 2007.

4. On March 27, 2007 this Court granted the appellant's consent motion to enlarge the time to file appellant's brief until April 15, 2007.

5. On April 17, 2007 this Court granted the appellant's consent motion to enlarge the time to file appellant's brief until May 15, 2007.

6. Rule 9006 of the BRFP and Rule 6 (d) of the Federal Rules of Civil Procedure permit the filing of a motion to enlarge that time.

Respectfully submitted,

/s/ Paul M. Toulouse
Paul M. Toulouse (205526)
Attorney for Debtor
1320 19th Street, NW  Suite 202
Washington, DC 20036
(202) 347-4020

/s/ Joseph M. Goldberg
Joseph M. Goldberg (337766)
Attorney for Debtor
1115 Massachusetts Ave., NW
Washington, DC 20005
(202) 638-0606

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing debtor's motion to enlarge time to file appellant's brief was mailed first class mail, postage prepaid or by ECF this 15th day of May, 2007 to:

Jonathan S. Shurburg, Esq.
8720 Georgia Ave., Suite 700
Silver Spring, MD 20910

/s/ Paul M. Toulouse
Paul M. Toulouse