UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEANNE A. DUVALL                    :
                                    :
          Appellant                 :
                                    :        Civil Action No. 07-0223
     v.                             :        Judge Richard W. Roberts
                                    :
KEVIN BUMBRAY, et. al.              :
                                    :
          Appellees                 :

## CONSENT MOTION TO ENLARGE TIME TO FILE APPELLEES' BRIEF

COME NOW the Claimants and Appellees herein, KEVIN BUMBRAY, et. al., by undersigned counsel, Jonathan S. Shurberg and Jonathan S. Shurberg, P.C., and move, with the consent of the Appellant to enlarge the time to file Appellees' brief, as follows:

1.    The appeal herein was entered on January 31, 2007.

2.    Appellant previously filed Consent Motions to Enlarge Time to File Appellant's Brief on three separate occasions, each of which was granted by this Court.

3.    Appellees' brief is due on August 15, 2007.

4.    Appellees have not previously filed a Motion to Enlarge Time to File Appellees' Brief.

5.    Undersigned counsel for Appellees will be out of town during the week of August 13, 2007 and needs additional time to prepare Appellees' brief.

6.    Appellees, by counsel, have sought and been given the consent of the Appellant, by counsel to this motion.

7.    Undersigned counsel regrets any inconvenience caused to the Court.

WHEREFORE, Appellees respectfully request:

An extension of time until September 15, 2007 to file Appellees' brief on appeal.

Date: August 10, 2007                    Respectfully submitted,

                                         JONATHAN S. SHURBERG, P.C.


                                         _____
                                         By: Jonathan S. Shurberg
                                         8720 Georgia Avenue
                                         Suite 700
                                         Silver Spring, MD 20910
                                         (301) 585-0707

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2007, a copy of the foregoing was sent by fax and first-class mail, postage prepaid, to Paul M. Toulouse, Esquire, 1424 16th Street, N.W., Suite 502, Washington, DC 20036.


                                         _____
                                         Jonathan S. Shurberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEANNE A. DUVALL                        :
                                        :
            Appellant                   :
                                        :        Civil Action No. 07-0223
      v.                                :        Judge Richard W. Roberts
                                        :
KEVIN BUMBRAY, et. al.                  :
                                        :
            Appellees                   :

## POINTS AND AUTHORITIES

      The record reflects that the appeal in this matter was docketed on January 31, 2007.  Appellees' brief is due on or before August 15, 2007.  Rule 9006 of the Bankruptcy Riles of Procedure and Rule 6(d) of the Federal Rules of Civil Procedure permit the filing of a motion to enlarge that time.

Date: August 10, 2007                    Respectfully submitted,

                                         JONATHAN S. SHURBERG, P.C.


                                         _____
                                         By: Jonathan S. Shurberg
                                         8720 Georgia Avenue
                                         Suite 700
                                         Silver Spring, MD 20910
                                         (301) 585-0707

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 10, 2007, a copy of the foregoing was sent by fax and first-class mail, postage prepaid, to Paul M. Toulouse, Esquire, 1424 16th Street, N.W., Suite 502, Washington, DC 20036.


                                         _____
                                         Jonathan S. Shurberg

- 3 -